■ Mobil Oil Corporation, Appellant, et al., Petitioners, v Syracuse Industrial Development Agency, et al., Respondents. (And Another Proceeding.)—Judgment unanimously affirmed without costs for reasons stated at Supreme Court, Onondaga County, Mordue, J. (Appeal from judgment of Supreme Court, Onondaga County, Mordue, J.—art 78.) Present —Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.

■ First United Methodist Church of Syracuse et al., Respondents, and Roman Catholic Diocese of Syracuse et al., Intervenors-Respondents, v City of Syracuse, et al., Appellants. (Appeal No. 1.)—Order and judgment unanimously affirmed without costs for reasons stated at Special Term, Murphy, J. (Appeal from order and judgment of Supreme Court, Onondaga County, Murphy, J.—summary judgment.) Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ. *[See,* 140 Misc 2d 200.]

■ First United Methodist Church of Syracuse et al., Respondents, and Roman Catholic Diocese of Syracuse et al., Intervenors-Respondents, v City of Syracuse, et al., Appellants. (Appeal No. 2.)—Order unanimously affirmed without costs. Memorandum: We affirm Special Term's order which denied defendants' motion for renewal for reasons stated at Special Term (Murphy, J.). We add only that the city's appeal from denial of its motion for reargument must be dismissed since no appeal lies from an order denying reargument *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 989). (Appeal from order of Supreme Court, Onondaga County, Murphy, J.—renewal.) Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.